STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
DAVID W. MOON (State Bar No. 197711)
A.R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile:  310-556-5959
Email:  lacalendar@stroock.com

Attorneys for Defendants
  CHASE BANK USA, N.A., JPMORGAN
  CHASE & CO., AND CHASE ISSUANCE
  TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation

) Case No. M:09-cv-02032-MMC
)
) [Assigned to the Hon. Maxine M. Chesney]
)
) [PROPOSED] ORDER EXTENDING TIME
) FOR DEFENDANTS' RESPONSE TO ALL
) COMPLAINTS AND RESETTING CASE
) MANAGEMENT CONFERENCE
)
) (THIS DOCUMENT APPLIES TO ALL
) ACTIONS)
)
)
)

# [~~PROPOSED~~] ORDER

Having reviewed Defendants' Administrative Motion to Extend Time for Defendants' Response to All Complaints and Reset Case Management Conference (the "Motion") filed by defendants CHASE BANK USA, N.A., JPMORGAN CHASE & CO. and CHASE ISSUANCE TRUST (collectively, "Defendants") on July 6, 2009, and good cause having been shown,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED; and

2. Defendants' time to respond to all complaints filed in or transferred to this Court by order of the Judicial Panel on Multidistrict Litigation is extended until the dates set forth below; and

3. The August 21, 2009 case management conferences presently scheduled in the four actions commenced in this judicial district, <u>Moon v. Chase Bank USA, N.A.</u>, No. 2:09-CV-01213; <u>Moore v. Chase Bank USA, N.A.</u>, No. 09-CV-0348; <u>Sauer v. Chase Bank USA, N.A.</u>, 09-CV-0809; and <u>Stockton v. Chase Bank USA, N.A.</u>, No. 09-CV-0587, all of which were previously deemed related by the Court, are adjourned; and

4. A case management conference is hereby scheduled for July 31, 2009, at 10:00 a.m./~~p.m.~~ for all cases filed in or transferred to this District for inclusion in <u>In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation</u>, No. M:09-cv-02032-MMC; and

5. Leave to file a consolidated amended complaint is granted as to any or all plaintiffs. If all or some plaintiffs elect to file a consolidated amended complaint, the consolidated amended complaint or complaints shall be filed by July 24, 2009; and

6. If Defendants move to compel arbitration of any or all of the complaints, such motion will be filed by August 31, 2009; and

7. Any other response to any complaint or complaints shall be filed by Defendants by September 21, 2009; and

8. No later than July 24, 2009, the parties shall file a Joint Case Management Statement; and

~~8.~~ 9.  Defendants shall give notice of this Order to all parties in all proposed tag-along cases, and shall file proof of such service no later than July 23, 2009.

IT IS SO ORDERED.

Dated: July 10, 2009

_____
United States District Judge Maxine M. Chesney

Submitted by:

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
DAVID W. MOON (State Bar No. 197711)
A.R. KACHADOORIAN (State Bar No. 240601)

2029 Century Park East
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

By: */s/ Stephen J. Newman*
       Stephen J. Newman
     Attorneys for Defendants
       CHASE BANK USA, N.A., JPMORGAN
       CHASE & CO., AND CHASE ISSUANCE
       TRUST